UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| HORACE GIBSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:09CV89 RWS |
| 3M COMPANY, | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the motion to withdraw filed by John G. Simon. Having carefully considered the supplemental materials filed in support of this motion and plaintiff's objections to the motion, I will grant the motion to withdraw. Because plaintiff is now proceeding pro se, I will continue the Rule 16 conference to my next Cape Girardeau docket.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to withdraw [#12] is granted.

**IT IS FURTHER ORDERED** that the Rule 16 conference, currently set for November 19, 2009 is **reset to Monday, December 14, 2009 at 3:00 p.m. in Courtroom 4-B of the Rush Hudson Limbaugh, Sr., United States Courthouse, 555 Independence Street, Cape Girardeau, Missouri.**

**IT IS FURTHER ORDERED** that the motions for leave to file under seal

[#14 and #17] are granted.

**IT IS FURTHER ORDERED** that the motion for hearing in camera [#19] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2009.